**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
      v. )     No. 23-03028-7-CR-S-RK
)
WILLIAM LANG, )
)
      Defendant. )

## ORDER

Before the Court is a Motion to Declare Case Extended or Complex For the Purposes of Excess Payment and Fair Compensation Under the Criminal Justice Act. (Doc. 330.) Defendant requests that this case be declared extended or complex so counsel may submit a voucher seeking compensation in excess of the statutory case compensation maximum.

Per Section 230.23.40(b)(2), a case is "extended" "[i]f more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings." Section 230.23.40(b)(1) states that a case is "complex" "[i]f the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill, and effort by the lawyer than would normally be required in an average case." Based on counsel's representations concerning the length of the pretrial proceedings, the nature of the charges, the volume of discovery, and counsel's pretrial preparation, the undersigned finds that the representation appears to have been "extended" within the meaning of Section 230.23.40(b)(2). However, the motion does not provide sufficient information to conclude that the legal or factual issues were "complex" within the meaning of Section 230.23.40(b)(1). The Court notes that Defendant has since entered a guilty plea and therefore does not rely on the portions of the motion premised on an anticipated jury trial.

Therefore, the Motion to Declare Case Extended and Complex is **GRANTED IN PART AND DENIED IN PART.** The representation of Defendant William Lang is declared "extended" in accordance with Section 230.23.40(b)(2) of the CJA Guidelines. To the extent Defendant requests that the representation be declared "complex," the motion is denied.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 29, 2026